**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WORLD TRIATHLON CORPORATION, INC.,
a Florida corporation,

Plaintiff,

-vs-                                                                    Case No.  8:04-cv-1594-T-24TBM

SRS SPORTS CENTER SDN.BHD,
a Malaysia corporation,

Defendant.
_____/

## O R D E R

This cause comes before the Court for consideration of Plaintiff's Emergency Motion to

Shorten Time for Response (Doc. No. 81).  Plaintiff filed an Emergency Motion for

Reconsideration of Order Granting Preliminary Injunction and an Emergency Motion to Stay

Preliminary Injunction (Doc. Nos. 80 and 82).  Plaintiff requests that Defendant's time for filing

any response be shortened pursuant to Fed. R. Civ. P. 6(d) to December 21, 2005.

Upon consideration, it is **ORDERED AND ADJUDGED** that Plaintiff's Emergency

Motion to Shorten Time for Response (Doc. No. 81) is granted to the extent that Defendant shall

have to and including December 27, 2005, to respond to Plaintiff's motions.

**DONE AND ORDERED** at Tampa, Florida, this 16th day of December, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record